IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>    Plaintiff,<br>  v.<br><br>REIS-NICHOLS, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-0020 |

## STIPULATION FOR DISMISSAL

Plaintiff, Jeffrey Martinez, and Defendant, Reis-Nichols, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 26, 2025

NYE STIRLING, HALE, MILLER, AND SWEET, LLP

By:  */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

LINDSAY, PICKETT, & POSTEL, LLC

By*:  /s/ Brendan C. Ross*
Brendan C. Ross, Esq.
200 West Madison Street, Suite 3850
Chicago, Illinois 60606
Telephone: (312) 725-5202

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 26th day of February, 2025.

                                                                    */s/ Benjamin J. Sweet*
                                                                        Benjamin J. Sweet