> ACKNOWLEDGED: Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 2/26/2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REIS-NICHOLS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-0020 |

## STIPULATION FOR DISMISSAL

　　Plaintiff, Jeffrey Martinez, and Defendant, Reis-Nichols, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 26, 2025

| | |
|---|---|
| NYE STIRLING, HALE, MILLER, AND SWEET, LLP<br><br>By: */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>101 Pennsylvania Boulevard, Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Telephone: (412) 857-5350<br><br>*Attorneys for Plaintiff* | LINDSAY, PICKETT, & POSTEL, LLC<br><br>By*: /s/ Brendan C. Ross*<br>Brendan C. Ross, Esq.<br>200 West Madison Street, Suite 3850<br>Chicago, Illinois 60606<br>Telephone: (312) 725-5202<br><br>*Attorneys for Defendant* |